**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

```
-------------------------------------------------------------------x
                                                :    No. 3:14-cv-00682-JRS
                                                :
IN RE GENWORTH FINANCIAL INC.                   :    Hon. James R. Spencer
SECURITIES LITIGATION                           :
                                                :
                                                :
-------------------------------------------------------------------x
```

**LEAD PLAINTIFFS' REQUEST FOR LEAVE TO FILE
NOTICE OF RECENT AUTHORITY IN FURTHER SUPPORT OF
<u>THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS</u>**

**LAW OFFICES OF
SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

**BLEICHMAR FONTI
TOUNTAS & AULD LLP**
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960

*Counsel for Lead Plaintiffs and the Class*

Lead Plaintiffs, Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association, respectfully request pursuant to Local Civ. R. 7(F)(1) that the Court grant them leave to file the attached document, Lead Plaintiffs' Notice Of Recent Authority In Further Support Of Their Opposition To Defendants' Motion To Dismiss ("Notice").

The Fourth Circuit's decision this week in *Zak v. Chelsea Therapeutics Int'l, Ltd.*, No. 13-2370, 2015 WL 1137142 (4th Cir. Mar. 16, 2015), is relevant to Defendants' motion to dismiss for the reasons discussed in the Notice. Lead Plaintiffs were unable to submit this decision with their Opposition brief because the decision was not issued until after the March 9, 2015 deadline for Lead Plaintiffs to file their Opposition.

Counsel for Lead Plaintiffs telephonically notified defense counsel of Lead Plaintiffs' intention to submit this recent authority for the Court's consideration. Defendants' reply brief in support of their motion to dismiss is due March 24, 2015, and the hearing regarding the motion is scheduled for April 28, 2015.

DATED: March 18, 2015

By: /s/ *Susan R. Podolsky*
Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Local Counsel for Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

David R. Stickney (admitted *pro hac vice*)
Jonathan D. Uslaner (admitted *pro hac vice*)
Brandon Marsh (admitted *pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323
davids@blbglaw.com
jonathanu@blbglaw.com
brandon.marsh@blbglaw.com

   -and-

Gerald H. Silk (admitted *pro hac vice*)
Avi Josefson (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com

*Counsel for Lead Plaintiff Fresno County Employees' Retirement Association and Co-Lead Counsel for the Class*

**BLEICHMAR FONTI TOUNTAS & AULD LLP**

Dominic J. Auld (admitted *pro hac vice*)
Joseph A. Fonti (admitted *pro hac vice*)
Stephen W. Tountas (admitted *pro hac vice*)
Cynthia Hanawalt (admitted *pro hac vice*)
Jeffrey R. Alexander (admitted *pro hac vice*)
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
dauld@bftalaw.com
jfonti@bftalaw.com
stountas@bftalaw.com
chanawalt@bftalaw.com
jalexander@bftalaw.com

*Counsel for Lead Plaintiff Her Majesty the Queen in Right of Alberta and Co-Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

DATED: March 18, 2015

                                        /s/ *Susan R. Podolsky*_____
                                        Susan R. Podolsky (Va. Bar No. 27891)