UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE GENWORTH FINANCIAL INC. SECURITIES LITIGATION | Civil Action No. 3:14-CV-682 |

# ORDER

THIS MATTER is before the Court on Lead Plaintiffs' Request for Leave to File Notice of Recent Authority in Further Support of Their Opposition to Defendants' Motion to Dismiss ("Motion") (ECF No. 60) pursuant to Local Civil Rule 7(F)(1). Plaintiffs seek to file a copy of the Fourth Circuit's decision in *Zak v. Chelsea Therapeutics Int'l, Ltd.*, No. 13-2370, 2015 WL 1137142 (4th Cir. Mar. 16, 2015). Upon due consideration, the Motion is hereby GRANTED.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Senior U. S. District Judge

ENTERED this \_\_\_20th\_\_\_\_ day of March 2015.

1