IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| IN RE GENWORTH FINANCIAL INC. SECURITIES LITIGATION | No. 3:14-CV-00682-JRS |
|---|---|

### ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFS TO ADDRESS RECENT AUTHORITY

THIS MATTER is before the Court on the Joint Motion of Lead Plaintiffs Her Majesty The Queen In Right Of Alberta and the Fresno County Employees' Retirement Association (together, "Lead Plaintiffs"), and Defendants Genworth Financial, Inc., ("Genworth"), Thomas J. McInerney, and Martin P. Klein (collectively with Genworth, "Defendants"), for leave to simultaneously file concise supplemental briefs in light of the United States Supreme Court's decision in *Omnicare Inc. et al. v. Laborers District Council Construction Industry Pension Fund et al.*, No. 13-435, 2015 WL 1291916 (Mar. 24, 2015) (the "Joint Motion").

Upon due consideration, the Joint Motion is hereby GRANTED. The Parties are to file simultaneous supplemental briefs (i.e., both to be filed by 6:00 PM EST on April 7, 2015) limited in scope to addressing the *Omnicare* decision, and not to exceed four (4) pages in length per side.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

Entered: March 30, 2015

**SO ORDERED**

/s/
James R. Spencer
Senior U. S. District Judge