\ CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                                    DATE: 4/28/15

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Her Majesty The Queen in Right of Alberta, et al. v. Genworth Financial, et al. | Case No. 3:14 CV682 <br> Judge: Spencer <br> Court Reporter: Kull |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: _____

APPEARANCES:  Parties by (✓) with ( ) counsel  Pro Se ( )  Dfts Motion to Dismiss

MOTIONS BEFORE TRIAL: _____

# TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )  DEFENDANT(S) ( )  Court ( )

OPENING STATEMENTS MADE ( )     OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )     ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS ( )

Defendants' Motion to Dismiss - Matter Taken Under Advisement

| Counsel for Plaintiff(s): Susan Podolsky <br> David Stickney | Joseph Fonti |
|---|---|
| Counsel for Defendants: Brian Pumphrey <br> Robert Ruff | Gary Danilow <br> Caroline Zalka |

SET: 10:00    BEGAN: 10:05 a.m.    ENDED: 12:15    TIME IN COURT: 2:10
RECESSES: