UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE GENWORTH FINANCIAL INC. SECURITIES LITIGATION | Civil Action No. 3:14-CV-682 |

## **ORDER**

THIS MATTER is before the Court on Defendants' Motion to Dismiss the Consolidated Class Action Complaint ("Motion to Dismiss") (ECF No. 53), filed on February 5, 2015. For the reasons stated in the accompanying Memorandum Opinion, the Motion to Dismiss is GRANTED in part and DENIED in part.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Senior U. S. District Judge

ENTERED this __1st_____day of May 2015.