IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4 City of Pontiac Gen. Emps.' Ret. Sys. v.

In Case Number 3:14-cv-00682-JRS , Case Name    Genworth Fin., Inc., et al.
Party Represented by Applicant: Genworth Financial, Inc.; Thomas J. McInerney; Martin P. Klein

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Teresa Chin Brady
Bar Identification Number 4533337         State New York
Firm Name Weil, Gotshal & Manges LLP
Firm Phone # 212-310-8000          Direct Dial # 212-310-8093          FAX # 212-310-8007
E-Mail Address teresa.brady@weil.com
Office **Mailing** Address 767 Fifth Avenue, New York, NY 10153

Name(s) of federal court(s) in which I have been admitted  U.S. District Court, Southern District of New York
                                                            US District Court, Eastern District of Michigan

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am _____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement.  I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice*.

/s/ Ryan D. Frei                                        05/28/2015
_____          _____
(Signature)                                             (Date)
Ryan D. Frei
_____          _____
(Typed or Printed Name)                                 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____          _____
(Judge's Signature)                                     (Date)