IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:14-cv-00682-JRS , Case Name City of Pontiac Gen. Emps.' Ret. Sys. v. Genworth Fin., Inc., et al.
Party Represented by Applicant: Genworth Financial Inc.; Thomas J. McInerney; Martin P. Klein

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Jonathan D. Polkes
Bar Identification Number 2015527        State New York
Firm Name Weil, Gotshal & Manges LLP
Firm Phone # 212-310-8000        Direct Dial # 212-310-8881        FAX # 212-310-8007
E-Mail Address jonathan.polkes@weil.com
Office Mailing Address 767 Fifth Avenue, New York, NY 10153

Name(s) of federal court(s) in which I have been admitted see "Court Admissions" attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/Ryan D. Frei        06/18/2015
(Signature)             (Date)
Ryan D. Frei            70996
(Typed or Printed Name) (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____        _____
(Judge's Signature)             (Date)

## COURT ADMISSIONS

### Jonathan D. Polkes

2nd Circuit Court of Appeals
Fourth Circuit Court of Appeals
Fifth Circuit Court of Appeals
10th Circuit Court of Appeals
Eastern District of New York
Southern District of New York
District of Colorado