IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:14-cv-00682-JRS__, Case Name __In Re Genworth Financial, Inc. Sec. Litig.__
Party Represented by Applicant: __Her Majesty The Queen of Alberta__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Wilson Monell Meeks III__
Bar Identification Number __NY 4623187__ State __New York__
Firm Name __Bleichmar Fonti Tountas & Auld LLP__
Firm Phone # __212-789-1340__ Direct Dial # __212-789-1346__ FAX # __212-205-3962__
E-Mail Address __wmeeks@bftalaw.com__
Office Mailing Address __7 Times Square, 27th Floor, New York, NY 10036__

Name(s) of federal court(s) in which I have been admitted __2nd Circuit, 3rd Circuit, 9th Circuit, EDNY, SDNY, WDKY, DDC__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Susan R. Podolsky          6/22/2015
(Signature)                    (Date)
Susan R. Podolsky              27891
(Typed or Printed Name)        (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

FILED
JUN 23 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

/s/
James R. Spencer            6-23-15
Senior U. S. District Judge   (Date)