# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

```
_____
                                        )
IN RE: GENWORTH FINANCIAL, INC.    )    Civil Action No. 3:14-cv-682
SECURITIES LITIGATION              )
_____)
```

## JOINT NOTICE REGARDING MAGISTRATE JURISDICTION

Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County

Employees' Retirement Association, and Defendants Genworth Financial, Inc., Thomas J.

McInerney, and Martin P. Klein, by their undersigned counsel, give this joint notice that they

respectfully decline to have this matter proceed before a Magistrate Judge.


DATED:  June 26, 2015                    Respectfully submitted,


/s/ Ryan D. Frei                          /s/ Susan R. Podolsky
Ryan D. Frei (Va. Bar No. 70996)          Susan R. Podolsky (Va. Bar No. 27891)
**MCGUIREWOODS LLP**                      **LAW OFFICES OF SUSAN R.**
One James Center, 901 East Cary Street    **PODOLSKY**
Richmond, VA 23219-4030                   1800 Diagonal Road, Suite 600
Telephone: (804) 775-1134                 Alexandria, Virginia 22314
Facsimile: (804) 698-2168                 Telephone: (571)366-1702
rfrei@mcguirewoods.com                    Facsimile: (703) 647-6009
                                          spodolsky@podolskylaw.com
*Counsel for Defendants Genworth*
*Financial, Inc., Thomas J. McInerney, and*   *Counsel for Lead Plaintiffs Her Majesty the*
*Martin P. Klein*                             *Queen in Right of Alberta and Fresno County*
                                              *Employees' Retirement Association*


**WEIL, GOTSHAL & MANGES LLP**            **BLEICHMAR FONTI**
Greg A. Danilow (admitted *pro hac vice*)  **TOUNTAS & AULD LLP**
Caroline H. Zalka (admitted *pro hac vice*)  Joseph A. Fonti (admitted pro hac vice)
Robert S. Ruff III (admitted *pro hac vice*)  Wilson Meeks III (pro hac vice pending)
Christopher L. Garcia (admitted *pro hac vice*)  Jeffrey R. Alexander (admitted pro hac vice)
Teresa C. Brady (admitted *pro hac vice*)  7 Times Square, 27th Floor
                                          New York, New York 10036

767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
greg.danilow@weil.com
caroline.zalka@weil.com
robert.ruff@weil.com
christopher.garcia@weil.com
teresa.brady@weil.com

*Counsel for Defendants Genworth Financial,*
*Inc., Thomas J. McInerney and Martin P. Klein*

Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bftalaw.com
wmeek@bftalaw.com
jalexander@bftalaw.com

*Counsel for Lead Plaintiff Her Majesty the*
*Queen in Right of Alberta and*
*Co-Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
David R. Stickney (admitted pro hac vice)
Jonathan D. Uslaner (admitted pro hac vice)
Brandon Marsh (admitted pro hac vice)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323
davids@blbglaw.com
jonathanu@blbglaw.com
brandon.march@blbglaw.com

*Counsel for Lead Plaintiff Fresno County*
*Employees' Retirement Association and*
*Co-Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

DATED:  June 26, 2015

/s/ Ryan D. Frei_____
Ryan D. Frei (Va. Bar No. 70996)
**MCGUIREWOODS LLP**
One James Center, 901 East Cary Street
Richmond, VA 23219-4030
Telephone: (804) 775-1134
Facsimile: (804) 698-2168
rfrei@mcguirewoods.com

*Counsel for Defendants Genworth Financial,*
*Inc., Thomas J. McInerney, and Martin P. Klein*