**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE GENWORTH FINANCIAL, INC. SECURITIES LITIGATION | Civ. A. No. 3:14-cv-00682-JAG<br><br>Hon. John A. Gibney, Jr.<br><br>**PROPOSED CLASS ACTION** |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Defendants Genworth Financial, Inc., Thomas J. McInerney, and Martin P. Klein.

September 8, 2015

Respectfully submitted,

/s/
Elizabeth F. Edwards (VSB No. 22814)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Tel: (804) 775-4390
Fax: (804) 698-2045
eedwards@mcguirewoods.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 8th day of September 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                              /s/
Elizabeth F. Edwards (VSB No. 22814)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Tel: (804) 775-4390
Fax: (804) 698-2045
eedwards@mcguirewoods.com

*Counsel for Defendants*