IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IN RE: GENWORTH FINANCIAL
SECURITIES LITIGATION

Civil Case No.: 3:14-cv-682-JAG

## ORDER

This matter comes before the Court on its own initiative. The Court ORDERS the stay of discovery lifted in the above referenced case. The Court DIRECTS the parties to conduct discovery in accordance with the Amended Initial Pretrial Order.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: September 30, 2015
Richmond, Virginia