IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IN RE: GENWORTH FINANCIAL
SECURITIES LITIGATION

Civil Case No.: 3:14-cv-682-JAG

## ORDER

It is hereby ORDERED that the settlement conference and proceedings are referred to United States Magistrate Roderick C. Young. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Young within five (5) days of the date of this Order to schedule the conference, which should occur at such time as Magistrate Judge Young shall approve.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/ John A. Gibney, Jr.
United States District Judge

Date: September 30, 2015
Richmond, Virginia