IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IN RE: GENWORTH FINANCIAL
SECURITIES LITIGATION                    Civil Case No.: 3:14-cv-682-JAG

ORDER

This matter comes before the Court on its own initiative. The parties have arranged for private mediation. Accordingly, the Court VACATES the Referral Order to Judge Young. (Dk. No. 102.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: October 5, 2015
Richmond, Virginia