IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE GENWORTH FINANCIAL INC. SECURITIES LITIGATION | No. 3:14-CV-00682-JAG |

*Denied*
10/7/15 /s/
John A. Gibney, Jr.
United States District Judge

### DEFENDANTS' MOTION TO REINSTATE STAY OF DISCOVERY

Defendants Genworth Financial, Inc. ("Genworth"), Thomas J. McInerney, and Martin P. Klein, by counsel, and pursuant to Federal Rule of Civil Procedure 26(c), respectfully move this Court to reinstate its September 28, 2015 stay of discovery in this action—limited to staying deposition discovery of any of Genworth's current or former employees and directors in this action—pending a decision on a motion to dismiss any newly filed derivative action, for the reasons detailed in the accompanying Memorandum of Law in Support.

Dated: October 5, 2015

Respectfully submitted,

*Of Counsel:*

Greg A. Danilow (*pro hac vice*)
Christopher L. Garcia (*pro hac vice*)
Caroline Hickey Zalka (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
greg.danilow@weil.com
caroline.zalka@weil.com
christopher.garcia@weil.com

_____/s/_____
Anne Marie Whittemore (VSB No. 09221)
Elizabeth F. Edwards (VSB No. 22814)
Brian E. Pumphrey (VSB No. 47312)
Ryan D. Frei (VSB No. 70996)
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Tel: (804) 775-4359
Fax: (804) 698-2206
awhittemore@mcguirewoods.com
eedwards@mcguirewoods.com
bpumphrey@mcguirewoods.com