IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE GENWORTH FINANCIAL INC.
SECURITIES LITIGATION

No. 3:14-CV-00682-JAG

**CLASS ACTION**

**ORDER**

THIS MATTER is before the Court on the Joint Motion to Modify Briefing Schedule by Lead Plaintiffs Her Majesty The Queen In Right Of Alberta and the Fresno County Employees' Retirement Association and Defendants Genworth Financial Inc., ("Genworth"), Thomas J. McInerney, and Martin P. Klein (collectively with Genworth, "Defendants") (Plaintiffs and Defendants referred to collectively as the "Parties").

Upon due consideration, and for good cause shown, the Joint Motion is hereby GRANTED. Defendants' opposition to Lead Plaintiffs' Motion to Compel (ECF No. 108) and Defendants' memorandum in support of maintaining certain documents under seal (in connection with Lead Plaintiffs' Motion to Seal (ECF No. 110)) will both be due on Thursday, November 12, 2015. Lead Plaintiffs' reply in support of their Motion to Compel and their response to Defendants' memorandum regarding maintaining certain documents under seal will both be due on Thursday, November 19, 2015.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

ENTERED this 9th day of November, 2015

/s/ *[signature]*
John A. Gibney, Jr.
~~United States District Judge~~
John A. Gibney, Jr.
United States District Judge