IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

SO ORDERED

11/13/15 /s/
John A. Gibney, Jr.
United States District Judge

IN RE GENWORTH FINANCIAL INC.
SECURITIES LITIGATION

No. 3:14-CV-00682-JAG

### DEFENDANTS' UNOPPOSED MOTION TO STRIKE EXTRANEOUS EXHIBITS

Defendants Genworth Financial Inc., Thomas J. McInerney, and Martin P. Klein (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to this Court's inherent powers to manage its docket, file this Unopposed Motion to Strike Extraneous Exhibits with respect to documents submitted in support of Plaintiffs' Motion to Compel (ECF No. 108) that are now irrelevant to the Court's resolution of the Motion to Compel in light of Defendants' non-opposition to part of the requested relief in the Motion to Compel. For the reasons set forth in the accompanying Memorandum in Support, filed contemporaneously with this Motion, Defendants respectfully request—and Plaintiffs do not oppose—that the Court strike and remove from the record the following forty-three exhibits to the Declaration of Jonathan D. Uslaner filed under temporary seal in connection with Plaintiffs' Motion to Compel on October 29, 2015: **Exhibits 1, 3, 8-9, 20-54, 57-59, and 61**. Plaintiffs do not oppose this Motion.

Dated: November 12, 2015

Respectfully submitted,

/s/ Brian E. Pumphrey
Anne Marie Whittemore (VSB No. 09221)
Elizabeth F. Edwards (VSB No. 22814)
Brian E. Pumphrey (VSB No. 47312)
Ryan D. Frei (VSB No. 70996)