**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE GENWORTH FINANCIAL, INC., SECURITIES LITIGATION | Civ. A. No. 3:14-cv-00682-JAG<br><br>Hon. John A. Gibney, Jr.<br><br>**CLASS ACTION** |

**NOTICE OF LEAD PLAINTIFFS' MOTION TO SEAL**

Lead Plaintiffs Fresno County Employees' Retirement Association and Her Majesty the Queen in Right of Alberta ("Lead Plaintiffs"), by and through their undersigned counsel of record, hereby give Notice that they have moved this Court for entry of an Order permitting Lead Plaintiffs to file under seal their Reply Memorandum of Law and Exhibits in further support of their Motion To Compel Production Of Documents And Opposing Defendants' Request To "Clawback" Non-Privileged Documents.

That Motion is entitled Lead Plaintiffs' Motion To Seal Reply Memorandum Of Law And Exhibits In Further Support Of Their Motion To Compel Production Of Documents And Opposing Defendants' Request To "Clawback" Non-Privileged Documents.

| | |
|---|---|
| DATED: November 19, 2015 | /s/ Susan R. Podolsky<br>Susan R. Podolsky (Va. Bar No. 27891)<br>**LAW OFFICES OF SUSAN R. PODOLSKY**<br>1800 Diagonal Road, Suite 600<br>Alexandria, Virginia 22314<br>Telephone: (571)366-1702<br>Facsimile: (703) 647-6009<br>spodolsky@podolskylaw.com<br><br>*Local Counsel for Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association* |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>David R. Stickney (admitted *pro hac vice*)<br>Jonathan D. Uslaner (admitted *pro hac vice*)<br>Brandon Marsh (admitted *pro hac vice*)<br>12481 High Bluff Drive, Suite 300<br>San Diego, California 92130<br>Telephone: (858) 793-0070<br>Facsimile: (858) 793-0323<br>davids@blbglaw.com<br>jonathanu@blbglaw.com<br>brandon.marsh@blbglaw.com<br><br>*Counsel for Lead Plaintiff Fresno County Employees' Retirement Association and Co-Lead Counsel for the Class* | **BLEICHMAR FONTI TOUNTAS & AULD LLP**<br>Joseph Fonti (admitted *pro hac vice*)<br>Javier Bleichmar (admitted *pro hac vice*)<br>Wilson Meeks (admitted *pro hac vice*)<br>7 Times Square, 27th Floor<br>New York, New York 10036<br>Telephone: (212) 789-1340<br>Facsimile: (212) 205-3960<br>jfonti@bftalaw.com<br>jbleichmar@bftalaw.com<br>wmeeks@bftalaw.com<br><br>*Counsel for Lead Plaintiff Her Majesty the Queen in Right of Alberta and Co-Lead Counsel for the Class* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ Susan R. Podolsky ___
Susan R. Podolsky
Virginia Bar No. 27891
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
Phone: 571-366-1702
Fax: 703-647-6009
spodolsky@podolskylaw.com

*Local Counsel for Lead Plaintiffs*