# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  3:14-cv-00682 , Case Name  In re Genworth Financial, Inc. Securities Lit

Party Represented by Applicant:  Genworth Financial, Inc.; Thomas J. McInerney; Martin P. Klein

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please)  Eric Cullen Hawkins

Bar Identification Number 4566279          State New York

Firm Name Weil, Gotshal & Manges LLP

Firm Phone #  (212) 310-8000          Direct Dial # (212) 310-8659          FAX #  (212) 310-8007

E-Mail Address eric.hawkins@weil.com

Office **Mailing** Address 767 Fifth Avenue New York, New York 10153

Name(s) of federal court(s) in which I have been admitted U.S. District Court for the Southern District of New York

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not __×__ a full-time employee of the United States of America, and if so, request exemption from the admission fee

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement.  I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Ryan D. Frei                                    12/1/2015
_____          _____
(Signature)                                        (Date)
Ryan D. Frei                                        70996
_____          _____
(Typed or Printed Name)                          (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____          _____
(Judge's Signature)                              (Date)