CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                             DATE: 12/3/15

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: In Re Genworth Financial, Inc. Securities Litigation | CASE NO: 3:14CV682 <br> JUDGE: Gibney <br> COURT REPORTER: K. Liscio, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( )   MOTION HEARING (X)   OTHER:

APPEARANCES:   Parties by (✓)/with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: Motion to Compel

PROCEEDINGS:
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )
OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____
EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD (✓)

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:

The Court ruled from the bench; the motion to Compel is granted in part; the court reserves judgment regarding the remainder of the motion upon reciept of documents from the defendant

Susan R. Poldolsky, Joseph A. Fonti, Javier Bleichmar, Brandon Marsh
Counsel for Plaintiff(s)

Greg A. Danilow, Eric Hawkins, Caroline H. Zalka, Brian E. Pumphrey
Counsel for Defendant(s)

SET: 10:30am   BEGAN: 10:34am   ENDED: 11:33am   TIME IN COURT: 59 mins.
RECESSES: