**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE GENWORTH FINANCIAL INC. SECURITIES LITIGATION | No. 3:14-CV-00682-JAG<br><br>**CLASS ACTION** |

**JOINT MEMORANDUM IN SUPPORT OF JOINT MOTION TO MODIFY AMENDED PRETRIAL ORDER**

Lead Plaintiffs Her Majesty The Queen In Right Of Alberta ("Alberta") and the Fresno County Employees' Retirement Association ("Fresno," and together with Alberta, "Lead Plaintiffs"), and Defendants Genworth Financial Inc., ("Genworth"), Thomas J. McInerney, and Martin P. Klein (collectively with Genworth, "Defendants") (collectively with Lead Plaintiffs, the "Parties"), by counsel, respectfully and jointly submit this memorandum in support of their Joint Motion to Modify Amended Pretrial Order, stating as follows:

The Parties have met and conferred regarding a limited number of court-imposed deadlines relating to expert witness reports and other discovery issues. Following this successful meet and confer, the Parties agreed to jointly move the Court to modify the following selected deadlines, which the Parties agree would be mutually beneficial in light of the deposition schedule and upcoming holidays, and would help to ensure complete and fair fact and expert discovery:

- Expert witness reports for a party with the burden of proof on an issue, previously due December 18, 2015, would be due December 21, 2015;

- Opposing party expert witness reports, previously due January 11, 2016, would be due January 13, 2016;

- Rebuttal expert witness reports, previously due January 25, 2016, would be due January 27, 2016;

- Discovery related to expert witness, previously due to be completed by January 25, 2016, would be completed by February 4, 2016; and

- Requests for admission, previously due to be served no later than December 14, 2015, would be served no later than December 23, 2015.

The Parties have ensured that the modification of these deadlines will not affect the deadlines for any submissions to the Court, nor will it affect the Court's time for considering written submissions in any way.

Accordingly, and for good cause shown, the Parties respectfully request that the Court grant the Joint Motion and enter an order modifying the Court's October 6, 2015 Amended Pretrial Order (ECF No. 106) (as amended by the Court's December 10, 2015 Memorandum Order (ECF No. 131)) to reflect these new deadlines. A proposed order is attached to the Joint Motion as Exhibit A.

Dated: December 18, 2015					Respectfully submitted,


  /s/ Brian E. Pumphrey
Anne Marie Whittemore (VSB No. 09221)
Elizabeth F. Edwards (VSB No. 22814)
Brian E. Pumphrey (VSB No. 47312)
Ryan D. Frei (VSB No. 70996)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4359
Fax: (804) 698-2206
awhittemore@mcguirewoods.com
eedwards@mcguirewoods.com
bpumphrey@mcguirewoods.com
rfrei@mcguirewoods.com

Greg A. Danilow (*pro hac vice*)
Christopher L. Garcia (*pro hac vice*)
Caroline Hickey Zalka (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
greg.danilow@weil.com
christopher.garcia@weil.com
caroline.zalka@weil.com

*Counsel for Genworth Financial Inc., Thomas J. McInerney, and Martin P. Klein*


/s/ Susan R. Podolsky
Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571)366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Counsel for Lead Plaintiffs Her Majesty the Queen in*

*Right of Alberta and Fresno County Employees' Retirement Association*

**BLEICHMAR FONTI TOUNTAS & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
Wilson Meeks III (*pro hac vice*)
Jeffrey R. Alexander (*pro hac vice*)
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bftalaw.com
wmeek@bftalaw.com
jalexander@bftalaw.com

*Counsel for Lead Plaintiff Her Majesty the Queen in Right of Alberta and Co-Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
David R. Stickney (*pro hac vice*)
Jonathan D. Uslaner (*pro hac vice*)
Brandon Marsh (*pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323
davids@blbglaw.com
jonathanu@blbglaw.com
brandon.marsh@blbglaw.com

*Counsel for Lead Plaintiff Fresno County Employees' Retirement Association and Co-Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I certify that on this 18th day of December 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

   /s/ Brian E. Pumphrey
Anne Marie Whittemore (VSB No. 09221)
Elizabeth F. Edwards (VSB No. 22814)
Brian E. Pumphrey (VSB No. 47312)
Ryan D. Frei (VSB No. 70996)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4359
Fax: (804) 698-2206
awhittemore@mcguirewoods.com
eedwards@mcguirewoods.com
bpumphrey@mcguirewoods.com
rfrei@mcguirewoods.com

Greg A. Danilow (*pro hac vice*)
Christopher L. Garcia (*pro hac vice*)
Caroline Hickey Zalka (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
greg.danilow@weil.com
christopher.garcia@weil.com
caroline.zalka@weil.com

*Counsel for Genworth Financial Inc., Thomas J. McInerney, and Martin P. Klein*