IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE GENWORTH FINANCIAL INC. SECURITIES LITIGATION | No. 3:14-CV-00682-JAG<br><br>**CLASS ACTION** |

**ORDER**

THIS MATTER is before the Court on the Joint Motion to Modify Amended Pretrial Order by Lead Plaintiffs Her Majesty The Queen In Right Of Alberta and the Fresno County Employees' Retirement Association and Defendants Genworth Financial Inc., ("Genworth"), Thomas J. McInerney, and Martin P. Klein (collectively with Genworth, "Defendants") (Plaintiffs and Defendants referred to collectively as the "Parties").

Upon due consideration, and for good cause shown, the Joint Motion is hereby GRANTED. Expert witness reports for a party with the burden of proof on an issue shall be served no later than Monday, December 21, 2015. Opposing party expert witness reports shall be served no later than Wednesday, January 13, 2016. Rebuttal expert witness reports shall be served no later than Wednesday, January 27, 2016. Discovery related to expert witnesses shall be completed by Thursday, February 4, 2016. Finally, requests for admission shall be served no later than December 23, 2015.

The Court's October 6, 2015 Amended Pretrial Order (ECF No. 106) (as amended by the Court's December 10, 2015 Memorandum Order (ECF No. 131)) is hereby modified in accordance with this Order. No other deadlines in the Amended Pretrial Order are changed beyond the modifications detailed in this Order and in the Court's December 10, 2015 Memorandum Order.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

ENTERED this 18th day of December, 2015

/s/ *(signature)*
John A. Gibney, Jr.
United States District Judge