CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                                      DATE:   1/5/16

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>In Re Genworth Financial, Inc.<br>Securities Litigation | CASE NO: 3:14CV682<br><br>JUDGE: Gibney<br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:   BENCH TRIAL ( )   MOTION HEARING ( )   OTHER: Status Hearing

APPEARANCES:   Parties by (✓)/with ( ) counsel       Pro Se ( )

MOTIONS BEFORE TRIAL:

PROCEEDINGS:
WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )
OPENING STATEMENTS MADE ( )         OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____
EVIDENCE CONCLUDED ( )      ARGUMENTS OF COUNSEL HEARD (✓)

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:
Defendants requested extension to pretrial schedule; the schedule will be amended to provide a one week extension to deadlines previously set; a motion hearing on motions for summary jdgt & Daubert motions is set for April 13, 2016 at 9:00 am; the trial date is moved forward to May 9, 2016 to allow more time for case to be tried

Susan R. Podolsky, Joseph A. Fonti, David R. Stickney
Counsel for Plaintiff(s)

Caroline H. Zalka, Greg A. Danilow, Brian E. Pumphrey
Counsel for Defendant(s)

SET: 2:30pm   BEGAN: 2:30pm   ENDED: 3:32pm   TIME IN COURT: 1:02
RECESSES: