IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IN RE: GENWORTH FINANCIAL
SECURITIES LITIGATION

Civil Case No.: 3:14-cv-682-JAG

ORDER

This matter comes before the Court on the plaintiffs' Motion to Compel (Dk. No. 108). In this Court's December 10, 2015 Order, the Court reserved deciding the motion to compel regarding the second redaction on page two of the Boyle Memorandum. After review of the additional documents provided by the parties, the Court finds that the second redaction shall remain redacted and partially DENIES the motion to compel.[1]

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: January 11, 2016
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge

---

[1] The Court partially granted the motion to compel in its December 10, 2015 Order. (Dk. No. 131.) The Court, therefore, has now fully resolved the motion to compel.