# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| IN RE GENWORTH FINANCIAL, INC., SECURITIES LITIGATION | Civ. A. No. 3:14-cv-00682-JAG<br><br>Hon. John A. Gibney, Jr.<br><br>**CLASS ACTION** |

## NOTICE OF HEARING ON LEAD PLAINTIFFS' MOTION
## FOR PARTIAL SUMMARY JUDGMENT

NOTICE is hereby given that, pursuant to the Court's Order, entered January 6, 2016 (Dkt. No. 139), the Court will hear oral argument on April 13, 2016, at 9:00 AM on the Motion for Partial Summary Judgment filed today by Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association.

DATED: February 12, 2016     /s/ Susan R. Podolsky

Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Local Counsel for Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association*

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>David R. Stickney (admitted *pro hac vice*)<br>Jonathan D. Uslaner (admitted *pro hac vice*)<br>Brandon Marsh (admitted *pro hac vice*)<br>12481 High Bluff Drive, Suite 300<br>San Diego, California 92130<br>Telephone: (858) 793-0070<br>Facsimile: (858) 793-0323<br>davids@blbglaw.com<br>jonathanu@blbglaw.com<br>brandon.marsh@blbglaw.com<br><br>*Counsel for Lead Plaintiff Fresno County Employees' Retirement Association and Co-Lead Counsel for the Class* | **BLEICHMAR FONTI & AULD LLP**<br>Joseph Fonti (admitted *pro hac vice*)<br>Javier Bleichmar (admitted *pro hac vice*)<br>Wilson Meeks (admitted *pro hac vice*)<br>7 Times Square, 27th Floor<br>New York, New York 10036<br>Telephone: (212) 789-1340<br>Facsimile: (212) 205-3960<br>jfonti@bfalaw.com<br>jbleichmar@bfalaw.com<br>wmeeks@bfalaw.com<br><br>*Counsel for Lead Plaintiff Her Majesty the Queen in Right of Alberta and Co-Lead Counsel for the Class* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

DATED: February 12, 2016

                             */s/ Susan R. Podolsky*
                             Susan R. Podolsky (Va. Bar No. 27891)
                             **LAW OFFICES OF SUSAN R. PODOLSKY**
                             1800 Diagonal Road, Suite 600
                             Alexandria, Virginia 22314
                             Telephone: (571)366-1702
                             Facsimile: (703) 647-6009
                             spodolsky@podolskylaw.com

                             *Local Counsel for Lead Plaintiffs Her*
                             *Majesty the Queen in Right of Alberta and*
                             *Fresno County Employees' Retirement*
                             *Association*