## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE GENWORTH FINANCIAL, INC., SECURITIES LITIGATION | Civ. A. No. 3:14-cv-00682-JAG<br><br>Hon. John A. Gibney, Jr.<br><br>**CLASS ACTION** |

**LEAD PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO SEAL MEMORANDUM OF LAW AND EXHIBITS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**

Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association ("Lead Plaintiffs"), by and through their undersigned counsel of record, respectfully submit this Memorandum in Support of their Motion to Seal Memorandum of Law In Support of Their Motion for Partial Summary Judgment, and the supporting Declaration of Susan R. Podolsky and accompanying exhibits.

The Parties to this action entered into a Stipulated Protective Order filed with this Court on June 25, 2015 (the "Protective Order") (ECF No. 85). Section 5.2 of the Protective Order requires a party to file under seal materials containing information designated as Confidential Discovery Material (as defined in the Protective Order). Here, Defendants have made this designation as to the documents and information contained in Lead Plaintiffs' Memorandum of Law and Exhibits supporting their Motion for Partial Summary Judgment.

Under these circumstances, Section 5.2 of the Protective Order requires that these materials be filed under seal as an initial matter.

Case 3:14-cv-00682-JAG-RCY Document 150 Filed 02/12/16 Page 2 of 3 PageID# 3821

DATED: February 12, 2016  /s/ Susan R. Podolsky
Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Local Counsel for Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association*

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>David R. Stickney (admitted *pro hac vice*)<br>Jonathan D. Uslaner (admitted *pro hac vice*)<br>Brandon Marsh (admitted *pro hac vice*)<br>12481 High Bluff Drive, Suite 300<br>San Diego, California 92130<br>Telephone: (858) 793-0070<br>Facsimile: (858) 793-0323<br>davids@blbglaw.com<br>jonathanu@blbglaw.com<br>brandon.marsh@blbglaw.com<br><br>*Counsel for Lead Plaintiff Fresno County Employees' Retirement Association and Co-Lead Counsel for the Class* | **BLEICHMAR FONTI & AULD LLP**<br>Joseph Fonti (admitted *pro hac vice*)<br>Javier Bleichmar (admitted *pro hac vice*)<br>Wilson Meeks (admitted *pro hac vice*)<br>7 Times Square, 27th Floor<br>New York, New York 10036<br>Telephone: (212) 789-1340<br>Facsimile: (212) 205-3960<br>jfonti@bfalaw.com<br>jbleichmar@bfalaw.com<br>wmeeks@bfalaw.com<br><br>*Counsel for Lead Plaintiff Her Majesty the Queen in Right of Alberta and Co-Lead Counsel for the Class* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ Susan R. Podolsky
Susan R. Podolsky
Virginia Bar No. 27891
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
Phone: 571-366-1702
Fax: 703-647-6009
spodolsky@podolskylaw.com

*Local Counsel for Lead Plaintiffs*