IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE GENWORTH FINANCIAL INC. SECURITIES LITIGATION | No. 3:14-CV-00682-JAG<br><br>**CLASS ACTION** |

### ORDER

Upon consideration of the parties' Joint Motion To Modify Briefing Schedule For Resolving Motions To Seal Related To Plaintiffs' Motion For Partial Summary Judgment (the "Motion"), and good cause having been shown for the Motion,

It is hereby ORDERED that the Motion is GRANTED; it is further

ORDERED that, as to the briefs related to Plaintiffs' Motion For Partial Summary Judgment, the parties shall adhere to the following schedule:

- Each filing party will file the confidential material under temporary seal;
- Each filing party will file a concise motion to seal and accompanying memorandum;
- The parties will meet and confer as to the entire universe of sealed materials shortly after Lead Plaintiffs file their reply brief;
- A proponent of sealing shall file its brief in support of continued sealing on or before March 15, 2016; and
- An opponent of sealing shall file its brief in opposition to continued sealing on or before March 22, 2016.

SO ORDERED this 25th day of February 2016.

/s/ John A. Gibney, Jr.
Hon. John A. Gibney, Jr.
United States District Judge