IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE GENWORTH FINANCIAL INC. SECURITIES LITIGATION | No. 3:14-CV-00682-JAG<br><br>**CLASS ACTION** |

**ORDER**

THIS MATTER is before the Court on an Unopposed Motion to Seal/Redact Portions of December 3, 2015 Hearing Transcript filed by Defendants Genworth Financial Inc., Thomas J. McInerney, and Martin P. Klein (collectively, "Defendants"), and unopposed by Lead Plaintiffs Her Majesty The Queen In Right Of Alberta and the Fresno County Employees' Retirement Association.

Upon due consideration, and for good cause shown, Defendants' Unopposed Motion is hereby GRANTED. The Court finds that the public was provided with the requisite notice of Defendants' request to seal, which also allowed interested parties a reasonable opportunity to object; there are no less drastic alternatives to redaction of the selected excerpts of the transcript; and the excerpts contain recitals of information that the Court has deemed privileged, making redaction necessary and the only remedy to protect the privileged material.

The Court Reporter is directed to redact—in the version of the December 3, 2015 hearing transcript (ECF No. 132) to be made available to the public—the following excerpts:

- p. 19: lines 11-13 (redaction on line 11 beginning after "is");
- p. 19: lines 15-18;
- p. 20: lines 14-16 (redaction on line 14 beginning after "committee")

- p. 20: lines 19-20 (redaction on line 20 ending before "which");

- p. 21: lines 1-5 (redaction on line 1 beginning after "that," but not including "All right." on line 5);

- p. 28: lines 6-7 (redaction including all of line 6 and the first word of line 7); and

- p. 33: lines 3-6.

The Clerk is directed to make available to the public only the redacted version of the December 3, 2015 hearing transcript.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

ENTERED this 25th day of February, 2016

/s/
John A. Gibney, Jr.
United States District Judge

3