IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IN RE: GENWORTH FINANCIAL
SECURITIES LITIGATION

Civil Case No.: 3:14-cv-682-JAG

ORDER

This matter comes before the Court on its own initiative. The parties have notified the Court that they have reached a settlement in this matter. Accordingly, the Court CANCELS the hearing on class certification set for 10:30 a.m. on March 16, 2016. The Court ORDERS the parties to file their motion for preliminary approval of the settlement no later than April 1, 2016. The Court will hear argument on the motion on April 13, 2016, at 9:00 a.m.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: March 15, 2016
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge