IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IN RE: GENWORTH FINANCIAL
SECURITIES LITIGATION                  Civil Case No.: 3:14-cv-682-JAG

ORDER

This matter comes before the Court on its own initiative. The Court held a conference call with the parties to discuss changes in the deadlines set out in the pretrial order. The parties have represented to the Court that they have settled this matter and have provided the Court with written documentation to that effect. The Court ORDERS the plaintiffs to file their motion for preliminary approval of settlement no later than April 1, 2016. If the plaintiffs timely file the motion, the Court will hold a hearing on the motion for preliminary approval on April 13, 2016, at 9:00 a.m. In addition, if the motion is timely filed, the Court will continue the case generally and stay all deadlines.

If the Court does not receive the motion for preliminary approval of settlement by April 1, 2016, the following pretrial deadlines will take effect. The parties will submit simultaneous exhibit and witness lists, simultaneous discovery designation, briefs on sealing summary judgment and *Daubert* briefing, *Daubert* opposition briefs, agreed upon stipulations, and motions in limine no later than April 8, 2016. The parties will submit simultaneous rebuttal witness and exhibit lists, simultaneous objections to witness and exhibit lists, simultaneous objections to discovery designations, and responses to motions in limine no later than April 15, 2016. The

parties will file simultaneous objections to rebuttal witness and exhibit lists no later than April 18, 2016. The parties will file responses to rebuttal witness and exhibit list objections no later than April 25, 2016. Voir dire questions and jury instructions are due no later than April 27, 2016, and pretrial bench briefs, limited to five pages per issue, are due no later than May 2, 2016.

The Court will hold a final pretrial conference on May 2, 2016. The Court currently has a criminal trial scheduled for that day. If that trial occurs, the final pretrial conference will be held on May 6, 2016.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: March 22, 2016
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge