**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| IN RE GENWORTH FINANCIAL, INC., SECURITIES LITIGATION, | Civ. A. No. 3:14-cv-00682-JAG<br><br>Hon. John A. Gibney, Jr.<br><br>**CLASS ACTION** |

**LEAD PLAINTIFFS' MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Her Majesty The Queen In Right Of Alberta ("Alberta") and the Fresno County Employees' Retirement Association ("Fresno," and together with Alberta, "Lead Plaintiffs"), by and through their undersigned counsel of record, respectfully move this Court for entry of an Order preliminarily approving the proposed class action Settlement of this Action.

This Motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Court's March 15, 2016 Order (ECF No. 192), and the Court's March 22, 2016 Order (ECF No. 193). The Court scheduled a hearing on this Motion for April 13, 2016, at 9:00 a.m.

Lead Plaintiffs seek an order:

(1) Granting preliminary approval of the proposed class action settlement for $219 million which, if granted final approval, would resolve this Action in its entirety;

(2) Granting approval of the form, content and manner of the class notices to Settlement Class Members;

(3) Certifying the Settlement Class for purposes of the Settlement; and

(4) Scheduling a hearing, and certain deadlines related thereto, on final approval of the Settlement, proposed Plan of Allocation, and Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses.

The specific terms of the proposed Settlement are set forth in the Stipulation and Agreement of Settlement (the "Stipulation"), attached as Exhibit 1 to the accompanying Memorandum of Law.

This Motion is supported by the accompanying Memorandum of Law; and the declaration of the mediator, the Hon. Layn R. Phillips (Fmr.), attached as Exhibit 2 to the accompanying Memorandum of Law.

Lead Plaintiffs believe this Motion is unopposed. For the Court's convenience, the Parties' agreed-upon form of proposed Preliminary Approval Order (and accompanying exhibits) is submitted herewith.

Dated: April 1, 2016                                Respectfully submitted,

/s/ Susan R. Podolsky

Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (571)366-1702
Fax: (703) 647-6009
spodolsky@podolskylaw.com

*Local Counsel for Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association*

**BLEICHMAR FONTI & AULD LLP**
Javier Bleichmar (admitted *pro hac vice*)
Joseph A. Fonti (admitted *pro hac vice*)
Wilson Meeks III (admitted *pro hac vice*)
Jeffrey R. Alexander (admitted *pro hac vice*)
7 Times Square, 27th Floor
New York, NY 10036
Tel: (212) 789-1340
Fax: (212) 205-3960
jbleichmar@bfalaw.com
jfonti@bfalaw.com
wmeeks@bfalaw.com
jalexander@bfalaw.com

*Counsel for Lead Plaintiff Her Majesty the Queen in Right of Alberta and Co-Lead Counsel for the Settlement Class*

**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
David R. Stickney (admitted *pro hac vice*)
Jonathan D. Uslaner (admitted *pro hac vice*)
Richard D. Gluck (admitted *pro hac vice*)

2

Brandon Marsh (admitted *pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
davids@blbglaw.com
jonathanu@blbglaw.com
rich.gluck@blbglaw.com
brandon.marsh@blbglaw.com

*Counsel for Lead Plaintiff Fresno County Employees' Retirement Association and Co-Lead Counsel for the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

DATED: April 1, 2016

*/s/ Susan R. Podolsky*
Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Local Counsel for Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association*