IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IN RE: GENWORTH FINANCIAL
SECURITIES LITIGATION

Civil Case No.: 3:14-cv-682-JAG

## ORDER

This matter comes before the Court on its own initiative. As the plaintiffs filed a timely motion for preliminary approval of the settlement, the Court STAYS all deadlines except those related to the settlement approval procedure.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: April 4, 2016
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge