UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE GENWORTH FINANCIAL, INC., SECURITIES LITIGATION | Civ. A. No. 3:14-cv-00682-JAG <br><br> Hon. John A. Gibney, Jr. <br><br> **CLASS ACTION** |

### LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE PROPOSED CLASS SETTLEMENT AND PLAN OF ALLOCATION

Her Majesty The Queen In Right Of Alberta ("Alberta") and the Fresno County Employees' Retirement Association ("Fresno," and together with Alberta, "Lead Plaintiffs"), by and through their undersigned counsel of record, respectfully move this Court for final approval of the proposed Settlement and the Plan of Allocation. The specific terms of the Settlement are set forth in the Stipulation And Agreement Of Settlement (the "Stipulation"), which was previously filed with the Court (ECF No. 196-1).

This Motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, and the Court's Amended Order Preliminarily Approving Settlement And Providing For Notice, dated April 18, 2016 (ECF No. 201). The Court scheduled a hearing on this Motion for July 20, 2016, at 2:00 p.m.

This Motion is supported by the accompanying Memorandum Of Law In Support Of Lead Plaintiffs' Motion For Final Approval Of The Proposed Class Settlement And Plan Of Allocation, the Joint Declaration Of Susan R. Podolsky, Joseph A. Fonti, And David R. Stickney In Support Of Proposed Class Settlement, Plan Of Allocation And Award Of Attorneys' Fees And Expenses

1

and the exhibits thereto, the record and proceedings in this Action, and such other matters the Court may consider at the time of the hearing.

Lead Plaintiffs will submit for the Court's consideration a form of proposed Order approving the Plan of Allocation and the Parties' agreed-upon form of the proposed Judgment (including a list of opt-outs) when they file their reply papers on or before June 29, 2016.

Dated: June 8, 2016

Respectfully submitted,

/s/ Susan R. Podolsky

Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (571)366-1702
Fax: (703) 647-6009
spodolsky@podolskylaw.com

*Local Counsel for Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
David R. Stickney (admitted *pro hac vice*)
Jonathan D. Uslaner (admitted *pro hac vice*)
Richard D. Gluck (admitted *pro hac vice*)
Brandon Marsh (admitted *pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
davids@blbglaw.com
jonathanu@blbglaw.com
rich.gluck@blbglaw.com
brandon.marsh@blbglaw.com

*Counsel for Lead Plaintiff Fresno County Employees' Retirement Association and Co-Lead Counsel for the Settlement Class*

**BLEICHMAR FONTI & AULD LLP**
Javier Bleichmar (admitted *pro hac vice*)
Joseph A. Fonti (admitted *pro hac vice*)
Wilson Meeks III (admitted *pro hac vice*)
Jeffrey R. Alexander (admitted *pro hac vice*)
7 Times Square, 27th Floor
New York, NY 10036
Tel: (212) 789-1340
Fax: (212) 205-3960
jbleichmar@bfalaw.com
jfonti@bfalaw.com
wmeeks@bfalaw.com
jalexander@bfalaw.com

*Counsel for Lead Plaintiff Her Majesty the Queen in Right of Alberta and Co-Lead Counsel for the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

DATED:  June 8, 2016  /s/ Susan R. Podolsky

Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Local Counsel for Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association*