**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE GENWORTH FINANCIAL, INC., SECURITIES LITIGATION | Civ. A. No. 3:14-cv-00682-JAG <br><br> Hon. John A. Gibney, Jr. <br><br> **CLASS ACTION** |

**NOTICE OF HEARING ON LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE PROPOSED CLASS SETTLEMENT AND PLAN OF ALLOCATION**

NOTICE is hereby given that, pursuant to the Court's Amended Order Preliminarily Approving Settlement And Providing For Notice, entered April 18, 2016 (ECF No. 201), the Court will hear oral argument on July 20, 2016, at 2:00 p.m. on Lead Plaintiffs' Motion For Final Approval Of The Proposed Class Settlement And Plan Of Allocation.

Dated: June 8, 2016                                    Respectfully submitted,

                                                       */s/ Susan R. Podolsky*

                                                       Susan R. Podolsky (Va. Bar No. 27891)
                                                       **LAW OFFICES OF SUSAN R. PODOLSKY**
                                                       1800 Diagonal Road, Suite 600
                                                       Alexandria, VA 22314
                                                       Tel: (571)366-1702
                                                       Fax: (703) 647-6009
                                                       spodolsky@podolskylaw.com

                                                       *Local Counsel for Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association*

**BERNSTEIN LITOWITZ BERGER**                          **BLEICHMAR FONTI & AULD LLP**
   **& GROSSMANN LLP**                                 Javier Bleichmar (admitted *pro hac vice*)
David R. Stickney (admitted *pro hac vice*)            Joseph A. Fonti (admitted *pro hac vice*)
Jonathan D. Uslaner (admitted *pro hac vice*)          Wilson Meeks III (admitted *pro hac vice*)
Richard D. Gluck (admitted *pro hac vice*)             Jeffrey R. Alexander (admitted *pro hac vice*)
Brandon Marsh (admitted *pro hac vice*)                7 Times Square, 27th Floor
12481 High Bluff Drive, Suite 300                      New York, NY 10036
San Diego, CA 92130                                    Tel: (212) 789-1340
Tel: (858) 793-0070                                    Fax: (212) 205-3960
Fax: (858) 793-0323                                    jbleichmar@bfalaw.com
davids@blbglaw.com                                     jfonti@bfalaw.com
jonathanu@blbglaw.com                                  wmeeks@bfalaw.com
rich.gluck@blbglaw.com                                 jalexander@bfalaw.com
brandon.marsh@blbglaw.com

*Counsel for Lead Plaintiff Fresno County*             *Counsel for Lead Plaintiff Her Majesty the*
*Employees' Retirement Association and*                *Queen in Right of Alberta and Co-Lead*
*Co-Lead Counsel for the Settlement Class*             *Counsel for the Settlement Class*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on June 8, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

DATED: June 8, 2016

                                                     */s/ Susan R. Podolsky*
Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Local Counsel for Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association*

2