# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

-------------------------------------------------------------------x
:
:
IN RE GENWORTH FINANCIAL, INC., : No. 3:14-cv-00682-JAG
SECURITIES LITIGATION :
: Hon. John A. Gibney, Jr.
:
-------------------------------------------------------------------x

## PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF
## ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES

Bleichmar Fonti & Auld LLP, Susan Podolsky and Bernstein Litowitz Berger & Grossmann LLP (collectively "Plaintiffs' Counsel") respectfully move the Court, pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4(a)(4) ("PSLRA"), for entry of an Order: (a) awarding attorneys' fees in the amount of 29 percent of the Settlement Fund; (b) paying litigation expenses incurred by Plaintiffs' Counsel in the amount of $3,835,741.96; and (c) reimbursing Class Representatives Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association for their reasonable costs and expenses, including lost wages, directly related to the representation of the Settlement Class of in the amount of $23,128.

In support of their motion, Plaintiffs' Counsel submit and file herewith: (a) the Memorandum of Law in Support of Plaintiffs' Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses; and (b) the Joint Declaration of Susan R. Podolsky, Joseph A. Fonti, and David R. Stickney In Support of Proposed Class Settlement, Plan of Allocation, and Award of Attorneys' Fees and Expenses, with annexed exhibits.

A proposed order will be submitted with Plaintiffs' Counsel's reply submission on or before June 29, 2016.

DATED: June 8, 2016     */s/ Susan R. Podolsky*

Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Local Counsel for Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association*

| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **BLEICHMAR FONTI & AULD LLP** |
|---|---|
| David R. Stickney (admitted *pro hac vice*) | Joseph Fonti (admitted *pro hac vice*) |
| Jonathan D. Uslaner (admitted *pro hac vice*) | Javier Bleichmar (admitted *pro hac vice*) |
| Brandon Marsh (admitted *pro hac vice*) | Wilson Meeks (admitted *pro hac vice*) |
| 12481 High Bluff Drive, Suite 300 | 7 Times Square, 27th Floor |
| San Diego, California 92130 | New York, New York 10036 |
| Telephone: (858) 793-0070 | Telephone: (212) 789-1340 |
| Facsimile: (858) 793-0323 | Facsimile: (212) 205-3960 |
| davids@blbglaw.com | jfonti@bfalaw.com |
| jonathanu@blbglaw.com | jbleichmar@bfalaw.com |
| brandon.marsh@blbglaw.com | wmeeks@bfalaw.com |
| *Counsel for Lead Plaintiff Fresno County Employees' Retirement Association and Co-Lead Counsel for the Class* | *Counsel for Lead Plaintiff Her Majesty the Queen in Right of Alberta and Co-Lead Counsel for the Class* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

DATED:  June 8, 2016

                           */s/ Susan R. Podolsky*
                          Susan R. Podolsky (Va. Bar No. 27891)
                          **LAW OFFICES OF SUSAN R. PODOLSKY**
                          1800 Diagonal Road, Suite 600
                          Alexandria, Virginia 22314
                          Telephone: (571)366-1702
                          Facsimile: (703) 647-6009
                          spodolsky@podolskylaw.com

                          *Local Counsel for Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association*