**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE GENWORTH FINANCIAL, INC., SECURITIES LITIGATION | Civ. A. No. 3:14-cv-00682-JAG <br><br> Hon. John A. Gibney, Jr. <br><br> **CLASS ACTION** |

**NOTICE OF HEARING ON PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES**

NOTICE is hereby given that, pursuant to the Court's Order, entered April 18, 2016 (Dkt. No. 201), the Court will hear oral argument on July 20, 2016, at 2:00 PM on Plaintiffs' Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses.

| | |
|---|---|
| DATED:  June 8, 2016 | */s/ Susan R. Podolsky* |

                                                            Susan R. Podolsky (Va. Bar No. 27891)
                                                          **LAW OFFICES OF SUSAN R. PODOLSKY**
                                                          1800 Diagonal Road, Suite 600
                                                          Alexandria, Virginia 22314
                                                          Telephone: (571) 366-1702
                                                          Facsimile: (703) 647-6009
                                                          spodolsky@podolskylaw.com

                                                          *Local Counsel for Lead Plaintiffs Her Majesty the Queen in Right of Alberta and Fresno County Employees' Retirement Association*

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **BLEICHMAR FONTI & AULD LLP** |
| David R. Stickney (admitted *pro hac vice*) | Joseph Fonti (admitted *pro hac vice*) |
| Jonathan D. Uslaner (admitted *pro hac vice*) | Javier Bleichmar (admitted *pro hac vice*) |
| Brandon Marsh (admitted *pro hac vice*) | Wilson Meeks (admitted *pro hac vice*) |
| 12481 High Bluff Drive, Suite 300 | 7 Times Square, 27th Floor |
| San Diego, California 92130 | New York, New York 10036 |
| Telephone: (858) 793-0070 | Telephone: (212) 789-1340 |
| Facsimile: (858) 793-0323 | Facsimile: (212) 205-3960 |
| davids@blbglaw.com | jfonti@bfalaw.com |
| jonathanu@blbglaw.com | jbleichmar@bfalaw.com |
| brandon.marsh@blbglaw.com | wmeeks@bfalaw.com |
| | |
| *Counsel for Lead Plaintiff Fresno County Employees' Retirement Association and Co-Lead Counsel for the Class* | *Counsel for Lead Plaintiff Her Majesty the Queen in Right of Alberta and Co-Lead Counsel for the Class* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

DATED:  June 8, 2016

                                        */s/ Susan R. Podolsky*
                                   Susan R. Podolsky (Va. Bar No. 27891)
                                   **LAW OFFICES OF SUSAN R. PODOLSKY**
                                   1800 Diagonal Road, Suite 600
                                   Alexandria, Virginia 22314
                                   Telephone: (571)366-1702
                                   Facsimile: (703) 647-6009
                                   spodolsky@podolskylaw.com

                                   *Local Counsel for Lead Plaintiffs Her*
                                   *Majesty the Queen in Right of Alberta and*
                                   *Fresno County Employees' Retirement*
                                   *Association*