**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE GENWORTH FINANCIAL, INC. SECURITIES LITIGATION | Civ. A. No. 3:14-cv-00682-JAG <br><br> Hon. John A. Gibney, Jr. <br><br> **CLASS ACTION** |

**STATEMENT OF DEFENDANT CONCERNING WITHDRAWAL OF EXCLUSION REQUESTS**

Defendant Genworth Financial, Inc. ("Genworth"), by and through its undersigned counsel, respectfully submits this statement notifying the Court that two entities requesting exclusion from the settlement class have withdrawn those requests pursuant to the two agreements listed below.

1. Settlement Agreement dated July 20, 2016 entered into between Genworth and Prudential Financial, Inc. and affiliated entities.

2. Settlement Agreement dated July 20, 2016 entered into between Genworth and The Pine River Funds and affiliated entities.

Dated: July 20, 2016

                            Respectfully submitted,

                            By: /s/ Ryan D. Frei
                            Anne Marie Whittemore (Va. Bar No. 09221)

*Of Counsel:*               Elizabeth F. Edwards (VSB No. 22814)
                            Brian E. Pumphrey (Va. Bar No. 47312)

Greg A. Danilow (*pro hac vice*)     Ryan D. Frei (Va. Bar No. 70996)
Christopher L. Garcia (*pro hac vice*)   MCGUIREWOODS LLP
Caroline Hickey Zalka (*pro hac vice*)   Gateway Plaza
WEIL, GOTSHAL &MANGES LLP      800 East Canal Street
767 Fifth Avenue                  Richmond, VA 23219-4030
New York, NY 10153             Tel: (804) 775-1134
Tel: (212) 310-8000             Fax: (804) 698-2168
Fax: (212) 310-8007            awhittemore@mcguirewoods.com
greg.danilow@weil.com         eedwards@mcguirewoods.com
christopher.garcia@weil.com      bpumphrey@mcguirewoods.com
caroline.zalka@weil.com         rfrei@mcguirewoods.com

                            *Counsel for Defendants Genworth Financial, Inc., Thomas J. McInerney and Martin P. Klein*

## **CERTIFICATE OF SERVICE**

I certify that on this 20th day of July, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

    /s/ Ryan D. Frei
Anne Marie Whittemore (VSB No. 09221)
Elizabeth F. Edwards (VSB No. 22814)
Brian E. Pumphrey (VSB No. 47312)
Ryan D. Frei (VSB No. 70996)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1134
Fax: (804) 698-2168
awhittemore@mcguirewoods.com
eedwards@mcguirewoods.com
bpumphrey@mcguirewoods.com
rfrei@mcguirewoods.com

*Counsel for Defendants Genworth Financial, Inc., Thomas J. McInerney and Martin P. Klein*