CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                                      DATE:    7/20/16

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>In Re: Genworth Financial Inc.<br>   Securities Litigation | CASE NO:   3:14CV682<br><br>JUDGE:   Gibney<br><br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:  BENCH TRIAL ( )   MOTION HEARING (   ) OTHER: Final Fairness Hearing

APPEARANCES:    Parties by (✓)/with (   ) counsel       Pro Se ( )

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )   DEFENDANT(S) ( ) Court ( )
OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( ) MOTION ( ) _____
EVIDENCE CONCLUDED ( )     ARGUMENTS OF COUNSEL HEARD ( ✓ )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:

Ct approves the settlement w/ exception of atty's fees; argument heard on attorney's fees; Ct will take under consideration and an order will enter

Susan R. Podolsky, Joseph A. Fonti, David R. Stickney
Counsel for Plaintiff(s)

Greg A. Danilow, Ryan D. Frei
Counsel for Defendant(s)

SET: 2:00pm   BEGAN: 2:03pm   ENDED:  _____   TIME IN COURT: _____
RECESSES: