IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IN RE: GENWORTH FINANCIAL
SECURITIES LITIGATION

Civil Case No.: 3:14-cv-682-JAG

## ORDER APPROVING PLAN OF ALLOCATION

This matter came before the Court on Lead Plaintiffs' motion for final approval of the proposed Plan of Allocation (Dk. No. 202).[1] This Court held a hearing on July 20, 2016 to consider this motion, among other things. The Court having reviewed and considered all documents, evidence, and arguments related to the proposed Plan of Allocation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Settlement Class Members.

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court finds that adequate notice was directed to Settlement Class Members, advising them of the proposed Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Settlement Class Members to be heard with respect to the proposed Plan of Allocation.

3. There were no objections to the proposed Plan of Allocation.

4. The Plan of Allocation set forth in the Notice provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Settlement Class Members who submit

---

[1] All capitalized terms not defined herein have the same meanings set forth and defined in the Stipulation and Agreement of Settlement, dated April 1, 2016 (ECF No. 196-1).

valid Claim Forms, and is in all respects fair and reasonable.

     5.     The Court hereby approves the Plan of Allocation, as set forth in the Notice.

     6.     The finality of the Judgment entered with respect to the Settlement shall not be affected in any manner by this Order, or any appeal from this Order approving the Plan of Allocation.

     It is so ORDERED.

     Let the Clerk send a copy of this Order to all counsel of record.

Date: September 26, 2016
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge